**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7425**

———————

CHARLES W. WALKER, SR.,

             Petitioner - Appellant,

     v.

MILDRED RIVERA, Warden FCI Estill,

             Respondent - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Richard M. Gergel, District Judge. (3:10-cv-02464-RMG)

———————

Submitted:  February 22, 2012          Decided:  March 1, 2012

———————

Before SHEDD, AGEE, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles W. Walker, Sr., Appellant Pro Se.  Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Walker, Sr. appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Walker v. Rivera, No. 3:10-cv-02464-RMG (D.S.C. filed Sept. 26, 2011; entered Sept. 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED